IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL REYNOLDS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 15-00016** |
| **v.** | : | |
| | : | |
| **MUNICIPALITY OF NORRISTOWN,** | : | |
| *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 17th day of July 2015, upon consideration of Defendants' *motion to dismiss* and *motion to strike*, [ECF 14], Plaintiff's response, [ECF 16], and the allegations contained in the amended complaint, [ECF 12], and for the reasons set forth in the Memorandum Opinion filed on this day, it is hereby **ORDERED** that the *motion to dismiss* is **GRANTED**, in part, and **DENIED**, in part as follows:

1. All §1983 claims for false arrest, false imprisonment, and malicious prosecution asserted against Defendants Officer Brian Graham, Officer Lindsey Tornetta, Sergeant Tims, and Sergeant Langdon in their individual and official capacities are **DISMISSED**, with prejudice;

2. All claims asserted against Police Chief Russell J. Bono in his individual and official capacity are **DISMISSED**, with prejudice;

3. All §1983 policy, custom, and failure to supervise claims asserted against the Municipality of Norristown are **DISMISSED**, with prejudice;

4. All §1983 and §1985(3) conspiracy claims asserted against all Defendants are **DISMISSED**, with prejudice;

5. All Fifth Amendment claims are **DISMISSED** against all Defendants, with prejudice;

6. All punitive damages claims asserted against the Municipality of Norristown are **DISMISSED**, with prejudice; and,

7. Defendant's *motion to dismiss* is **DENIED** in all other respects.

It is further **ORDERED** that the motion to strike is **GRANTED**, and the Clerk of the Court is directed to strike Exhibits C, D, E, G, H, and I from Plaintiff's amended complaint. [ECF 12-4, 12-5, 12-6, 12-8, 12-9, 12-10].

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.