## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL REYNOLDS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 15-0016** |
| **v.** | : | |
| | : | |
| **MUNICIPALITY OF** | : | |
| **NORRISTOWN,** *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 28ᵗʰ day of March 2019, in light of the decision of the United States Court of Appeals for the Third Circuit remanding this matter for further analysis of Defendants' arguments with respect to qualified immunity, and upon consideration of Defendants' *motion for summary judgment* with supporting exhibits, [ECF 36-38], and Plaintiff's *response* with supporting exhibits, [ECF 41-59], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Supplemental Memorandum Opinion, Defendants' summary judgment motion is **GRANTED**, *in part*, and **DENIED**, *in part*, as follows:

(1) Defendants' motion for summary judgment is **GRANTED** with respect to Plaintiff's §1983 claims for false arrest against Defendants Officer Charles Douglass and Corporal Joseph Benson on the grounds of qualified immunity. Consequently, the false arrest claims against said Defendants are **DISMISSED**; and,

(2) Defendants' motion for summary judgment is **DENIED** with respect to Plaintiff's §1983 claims for failure to provide adequate medical treatment against Defendants Corporal Joseph Benson, Officer Charles Douglass, Sergeant Tims, and Officer Lindsey Tornetta on the grounds of qualified immunity.[1]

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*

---

[1]     This Order supersedes this Court's previous Order of December 28, 2016, *only* with respect to qualified immunity.