# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL REYNOLDS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 15-0016 |
| **v.** | : | |
| | : | |
| **MUNICIPALITY OF** | : | |
| **NORRISTOWN,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 5th day of April 2021, in light of the most recent Standing Orders issued by Chief Judge Juan Sánchez with respect to the ongoing COVID-19 pandemic, it is hereby **ORDERED** that the trial of this matter is rescheduled for November 1, 2021, at 10:00 A.M., with jury selection to commence on October 29, 2021, at 9:30 A.M. The trial is expected to last five (5) days. The parties will be advised of the assigned courtroom when it becomes known. No extensions of the deadlines established herein will be granted absent good cause. Counsel and all parties are to be prepared to commence trial as scheduled. Counsel are hereby attached for trial.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*